# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-21-CA-102-FB |
| ) | |
| BW GALLERIA, LLC d/b/a Galleria Oaks, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR STATUS REPORT

Before the Court is the status of the above-styled and numbered cause. Plaintiff commenced this Americans With Disabilities Act lawsuit with the filing of her complaint on February 3, 2021. (Docket no. 1). Although the docket sheet reflects that the Court granted defendant's second agreed motion for extension of time to file an answer on or before June 30, 2021, (docket no. 8), that deadline has passed and the file reflects no further activity. *See Bonanza Int'l, Inc. v. Corceller,* 480 F.2d 613, 614 (5th Cir.1973) (explaining that failure to answer complaint timely is grounds for default).

IT IS THEREFORE ORDERED that plaintiff shall file, **on or before November 29, 2021,** a status report regarding her intention to move for default or otherwise explain how she intends to proceed in this case. Plaintiff is notified that the failure to timely and properly respond to this Order may result in the dismissal of this case.

It is so ORDERED.

SIGNED this 18th day of November, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE